1

MAYALL HURLEY P.C.
ROBERT J. WASSERMAN (SBN: 258538)
rwasserman@mayallaw.com
WILLIAM J. GORHAM (SBN: 151773)
wgorham@mayallaw.com
NICHOLAS J. SCARDIGLI (SBN: 249947)
nscardigli@mayallaw.com
VLADIMIR J. KOZINA (SBN: 284645)
vjkozina@mayallaw.com
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone:  (209) 477-3833
Facsimile:  (209) 477-4818

Attorneys for Plaintiff CAYLIN DELK

JOHN C. KLOOSTERMAN, Bar No. 182625
jkloosterman@littler.com
JESSICA L. MARINELLI, Bar No. 271707
jmarinelli@littler.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
ULTA SALON, COSMETICS &
FRAGRANCE, INC.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAYLIN DELK,<br><br>       Plaintiff,<br><br>vs.<br><br>ULTA SALON, COSMETICS AND FRAGRANCE, INC., a corporation; and DOES 1-100, inclusive,<br><br>       Defendants. | Case No. 1:15-cv-01651 TLN SKO<br><br>**JOINT STIPULATION AND ORDER VACATING PRE-TRIAL SCHEDULING ORDER AND TRIAL DATE**<br><br>Complaint Filed: September 17, 2015<br><br>Trial Date:  March 19, 2018 |

Pursuant to Eastern District of California Local Rule 144, Plaintiff Caylin Delk ("Delk") and Defendant Ulta Salon, Cosmetics and Fragrance, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, file this joint stipulation to vacate the pre-trial scheduling order and trial date.

WHEREAS, on December 22, 2016, Delk filed a Motion for Leave to file a Second Amended Complaint ("Motion") seeking to add class allegations and two additional causes of action.  Wasserman Dec. ¶ 2;

WHEREAS, the Hearing on Delk's Motion was scheduled to occur on January 26, 2017. Wasserman Dec. ¶ 3;

WHEREAS, pursuant to the Court's Order (Document No. 22), Delk's Motion was submitted without oral argument and the Hearing was vacated.  Wasserman Dec. ¶ 4; Exhibit A.

WHEREAS, the Court has not yet issued a ruling on Delk's Motion.  Wasserman Dec. ¶ 5;

WHEREAS, the Parties have effectively stayed discovery in this matter pending the Court's ruling on Plaintiff's Motion in the interest of cost and efficiency.  Wasserman Dec. ¶ 6;

WHEREAS, the Parties have significant additional discovery to conduct regardless of the outcome of Plaintiff's Motion.  Wasserman Dec. ¶ 7;

WHEREAS, pursuant to the Pre-Trial Scheduling Order (Document No. 15), all discovery in this matter is to be completed by April 21, 2017.  Wasserman Dec. ¶ 8;

WHEREAS, the Parties have not previously requested an extension of the Court's Pretrial Scheduling Order deadlines.  Wasserman Dec. ¶ 9; and

WHEREAS, the Parties have met and conferred regarding the foregoing, and: (a) agree that extra time is necessary to complete fact and expert discovery; (b) agree that a continuance of the pre-trial deadlines and trial date will not prejudice the Parties and is in the interests of justice; and (c) prefer to set a new scheduling order once the pleadings are set and the issues are framed. Wasserman Dec. ¶ 10.

WHEREFORE, with this Joint Stipulation, the Parties jointly request the following:

    1.    The Court vacate the Pre-Trial Scheduling Order, including all discovery and pre-trial motion deadlines as well as the trial date; and

    2.    The Parties be ordered to file a new Joint Status Report, including a proposed scheduling order, within 30 days of the Court's ruling on Delk's Motion.

MAYALL HURLEY P.C.

By /s/ Robert J. Wasserman
    ROBERT J. WASSERMAN
    VLADIMIR J. KOZINA
    Attorneys for Plaintiff,
    CAYLIN DELK

LITTLER MENDLESON P.C.

By /s/ John C. Kloosterman
    JOHN C. KLOOSTERMAN
    JESSICAL. MARINELLI
    Attorneys for Defendant,
    ULTA SALON, COSMETICS
    FRAGRANCE, INC.

1

**<u>ORDER</u>**

2          Pursuant to Eastern District of California Local Rule 144, stipulation of the parties hereto,

3 and good cause appearing, **IT IS HEREBY ORDERED** as follows:

4          1.        The Pre-Trial Scheduling Order (Document No. 15), including all discovery and

5 pre-trial motion deadlines as well as the trial date, is hereby VACATED; and

6          2.        The Parties are ORDERED to file a new Joint Status Report, including a proposed

7 scheduling order, within 30 days of the Court's ruling on Delk's Motion.

8          **IT IS SO ORDERED.**

9

DATED: March 06, 2017

10

11

12                                                    _____

13                                                    Troy L. Nunley
                                                     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28