1  MAYALL HURLEY
   A Professional Corporation
2  2453 Grand Canal Boulevard
   Stockton, California 95207
3  Telephone (209) 477-3833
   Facsimile (209) 473-4818
4  ROBERT J. WASSERMAN
   CA State Bar No. 258538
5  JOHN P. BRISCOE
   CA State Bar No. 273690
6
   Attorneys for Plaintiff CAYLIN DELK
7
   JOHN C. KLOOSTERMAN
8  CA State Bar No. 182625
   JULIE A. STOCKTON
9  CA State Bar No. 286944
   LITTLER MENDELSON P.C.
10 333 Bush Street, 34th Floor
   San Francisco, CA 94104
11 Telephone: 415.433.1940
   Facsimile: 415.399.8490
12
13 Attorneys for Defendant
   ULTA SALON, COSMETICS &
14 FRAGRANCE, INC.
15
                    UNITED STATES DISTRICT COURT
16
            IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
17

18 | CAYLIN DELK,                              | Case No.: 1:15-cv-01651 TLN SKO |
19 |        Plaintiff,                         | NOTICE OF SETTLEMENT            |
20 | vs.                                       |                                 |
21 | ULTA SALON, COSMETICS AND                 |                                 |
22 | FRAGRANCE, INC., a corporation; and       |                                 |
   | DOES 1-100, inclusive,                    |                                 |
23 |        Defendants.                        |                                 |

25
26
27
28

Notice of Settlement
Page 1 of 2

1  Pursuant to Local Rule 160(a), PLEASE TAKE NOTICE that the parties in this case have
2 reached an agreement to settle all claims.
3 ///

4 **DATED**: March 27, 2018                    **MAYALL HURLEY P.C.**

6                                              By  */s/ John P. Briscoe*
                                                   ROBERT J. WASSERMAN
7                                                  JOHN P. BRISCOE
                                                   Attorneys for Plaintiff
8                                                  CAYLIN DELK

10 **DATED**: March 27, 2018                   **LITTLER MENDELSON P.C.**

12                                             By:  */s/ John C. Kloosterman*
                                                   JOHN C. KLOOSTERMAN
13                                                 JULIE A. STOCKTON
                                                   Attorneys for Defendant,
14                                                 ULTA SALON, COSMETICS &
                                                   FRAGRANCE, INC.